# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MARY E. GLOVER, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED FORMER AND CURRENT HOMEOWNERS IN PENNSYLVANIA,

Petitioner

v.

UDREN LAW OFFICES, P.C., A NEW JERSEY DEBT COLLECTOR,

Respondent

: No. 334 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of January, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioners, is:

    (1)    Does Act 6, §502 provide a remedy, as the explicit language of the statute establishes, against any statutorily defined "person" collecting statutorily prohibited fees on behalf of residential mortgage lenders?

    The Application to File Supplement to Petition for Allowance of Appeal is **DISMISSED** as moot.